# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD HARRIS, | Case No: 2:20-cv-09603-AS |
| Plaintiff | **[PROPOSED]** JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE:  October 8, 2021          /s/

THE HONORABLE ALKA SAGAR

United States Magistrate Judge

-1-